THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rodney James Manning, Appellant.
 
 
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-574
 Submitted November 2, 2009  Filed
December 3, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
  Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; Solicitor Warren B. Giese, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Rodney James Manning appeals from his guilty plea for shoplifting third
 offense, arguing the plea was involuntary because he was not advised of the
 sentencing consequences.  After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.